# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134770

FRED BURGESS,
        Plaintiff-Appellant,

v

DONALD BERNHARDT and
MICHAEL BERNHARDT,
        Defendants-Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134770
COA: 268569
Otsego CC: 04-010786-CK

_____/

        On order of the Court, the application for leave to appeal the June 12, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

s1119

Clerk